IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARYLAND OFFICE OF PEOPLE'S COUNSEL, AMERICAN MUNICIPAL POWER, INC., DELAWARE ENERGY USERS GROUP, DELAWARE MUNICIPAL ELECTRIC COPORATION, INC., DELAWARE PUBLIC SERVICE COMMISSION, MARYLAND PUBLIC SERVICE COMMISSION, OLD DOMINION ELECTRIC COOPERATIVE,<br>     *Petitioners*,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br>     *Respondent*. | CASE NO. 24-1353 |

**UNOPPOSED MOTION TO GOVERN FUTURE PROCEEDINGS**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure, Circuit Rule 27, and this Court's December 18, 2024 Order, Petitioners Maryland Office of People's Counsel, American Municipal Power, Inc., Delaware Energy Users Group, Delaware Municipal Electric Corporation, Inc., Delaware Public Service Commission, Maryland Public Service Commission, and Old Dominion Electric Cooperative (collectively, "Petitioners") hereby submit this motion to govern future proceedings. Petitioners have conferred with counsel for Respondent Federal

Energy Regulatory Commission ("Commission" or "FERC"), and with counsel for parties that have moved to intervene in this proceeding,[1] and can state that this Motion is unopposed. In support of this Motion, Petitioners state as follows:

This appeal arises from a Commission order denying a complaint filed by a group of entities that included Petitioners. *PJM Load Parties v. PJM Interconnection, L.L.C.,* 188 FERC ¶ 61,020 (July 9, 2024). Petitioners requested rehearing of that order. On September 9, 2024, the Commission issued a "Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration," in which the Commission indicated that a future order addressing the merits of the rehearing request would be forthcoming. *PJM Load Parties v. PJM Interconnection, L.L.C.,* 188 FERC ¶ 62,125 (Sept. 9, 2024).

On December 4, 2024, the Commission filed an unopposed motion requesting the Court to hold this appeal in abeyance for 90 days or until the Commission issued the expected rehearing order, whichever occurred first, with

---

[1] The following parties have filed motions to intervene in this appeal: (1) PJM Interconnection, L.L.C. (PJM); (2) NRG Business Marketing LLC (f/k/a Direct Energy Business Marketing, LLC) (NRG) and Midwest Generation, LLC (Midwest); (3) the Electric Power Supply Association (EPSA); (4) Constellation Energy Generation, LLC (Constellation); and (5) The PJM Power Providers Group (P3) (collectively "Intervenors"). Petitioners can represent that counsel for PJM and Constellation do not oppose this motion, and that counsel for NRG, Midwest Generation, EPSA, and P3 were informed of the proposed schedule and have taken no position in response.

2

parties to file motions to govern future proceedings within 21 days after the abeyance ends. The Court granted the Commission's motion on December 18, 2024.

On December 19, 2024, the Commission issued its order addressing arguments raised on rehearing. *PJM Load Parties v. PJM Interconnection, L.L.C.,* 189 FERC ¶ 61,199 (Dec. 19, 2024).

In compliance with the Court's December 18, 2024 Order, Petitioners propose the following schedule and briefing format in this proceeding.[2]

**Proposed Filing Deadlines**

- The Commission will file the certified index to the agency record on or before 30 days following the Court's order approving the schedule.

- Petitioners will file their initial joint brief within 45 days after the Commission files the certified index to the agency record.

- The Commission will file its responsive brief within 60 days following the submission of Petitioners' initial brief.

---

[2] Petitioners intend to file an amended petition that petitions for review of the Commission's initial September 9, 2024, order as well as the Commission's December 18, 2024, order addressing arguments raised on rehearing. This will have no material impact on the proposed schedule.

- Assuming they decide to file, Intervenors supporting the Commission will file a single, joint brief within 14 days following the submission of the Commission's brief.

- Petitioners will file their joint reply brief within 30 days of the submission of the Intervenors' brief.

**Proposed Length of Briefs**

- The length of briefs will be in accordance with the Federal Rules of Appellate Procedure and the Circuit Rules.

WHEREFORE, Petitioners respectfully request that the Court grant this motion to govern future proceedings.

Respectfully submitted,

| | |
|---|---|
| */s/ Scott H. Strauss* | */s/ David S. Lapp* |
| Scott H. Strauss | David S. Lapp |
| Peter J. Hopkins | People's Counsel |
| Jeffrey A. Schwarz | William F. Fields |
| SPIEGEL & MCDIARMID LLP | Deputy People's Counsel |
| 1818 N Street, NW, 8th Floor | MARYLAND OFFICE OF PEOPLE'S COUNSEL |
| Washington, DC 20036 | 6 Saint Paul Street, Suite 2102 |
| (202) 879-4000 | Baltimore, MD 21202 |
| | (410) 767-8150 |

*Attorneys for Maryland Office of People's Counsel*

/s/ John McCaffrey
John McCaffrey
STINSON LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 728-3026

/s/ Gerit F. Hull
Gerit F. Hull
Deputy General Counsel for Regulatory Affairs
AMERICAN MUNICIPAL POWER, INC.
1111 Schrock Road, Suite 100
Columbus, OH 43229
(614) 540-1111

*Attorneys for American Municipal Power, Inc.*

/s/ Thomas L. Rudebusch
Thomas L. Rudebusch
Bhaveeta K. Mody
DUNCAN, WEINBERG, GENZER & PEMBROKE, PC
1667 K Street, NW, Suite 700
Washington, DC 20006
(202) 467-3734

*Counsel for Delaware Municipal Electric Corporation, Inc.*

/s/ Timothy G. McCormick
Timothy G. McCormick
Christian F. Tucker
CHRISTIAN & BARTON, LLP
901 East Cary Street, Suite 1800
Richmond, VA 23219
(804) 697-4100

*Counsel to the Delaware Energy Users Group*

/s/ Miles H. Mitchell
Miles H. Mitchell
General Counsel
Ransom E. Ted Davis
Deputy General Counsel
Christina Ochoa
Associate General Counsel
MARYLAND PUBLIC SERVICE COMMISSION
6 St. Paul Street
Baltimore, MD 21202
(410) 767-2972

*Counsel for the Maryland Public Service Commission*

/s/ Robert A. Weishaar, Jr.
Robert A. Weishaar, Jr.
MCNEES WALLACE & NURICK LLC
1200 G Street, NW, Suite 800
Washington, DC 20001
(202) 898-5700

*Counsel for the Delaware Public Service Commission*

/s/ Adrienne E. Clair
Adrienne E. Clair
THOMPSON COBURN LLP
1909 K Street, NW, Suite 600
Washington, DC 20006
(202) 585-6900

*Counsel for Old Dominion Electric Cooperative*

January 10, 2025

ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARYLAND OFFICE OF PEOPLE'S COUNSEL, AMERICAN MUNICIPAL POWER, INC., DELAWARE ENERGY USERS GROUP, DELAWARE MUNICIPAL ELECTRIC COPORATION, INC., DELAWARE PUBLIC SERVICE COMMISSION, MARYLAND PUBLIC SERVICE COMMISSION, OLD DOMINION ELECTRIC COOPERATIVE,<br>     *Petitioners*,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br>     *Respondent*. | CASE NO. 24-1353 |

CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) and 32(c). This motion contains 596 words, excluding the parts of the document exempted by Fed. R. App. P 32(f). This document complies with the typeface requirements of Fed. R. App. P. 27(d)(E), Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has

been prepared in a proportionally spaced typeface using Microsoft Word in fourteen (14) point Times New Roman font.

*s/ Scott H. Strauss*

*Attorney for Maryland Office of People's Counsel*

Dated: January 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of January 2025, caused the foregoing document to be served electronically through the Court's CM/ECF system.

                                              */s/ Scott H. Strauss*